# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SPENCER JOHNSON**                                                                                   **PLAINTIFF**
**ADC #159762**

v.                                        No. 4:24-cv-01095-LPR

**BRIANNA BELL, et al.**                                                     **DEFENDANTS**

## **ORDER**

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Edie R. Ervin (Doc. 60).  No objections have been filed, and the time to do so has expired.[1]  After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for Preliminary Injunction or Protective Order (Doc. 43) is DENIED.

IT IS SO ORDERED this 3rd day of September 2025.

                                                                              _____
                                                                              LEE P. RUDOFSKY
                                                                              UNITED STATES DISTRICT JUDGE

---

[1] After the PRD was entered, Plaintiff filed Objections to the Defendants' Response in Opposition to his preliminary injunction motion.  Doc. 66.  To the extent Plaintiff's arguments can be construed as asserting objections to the PRD, the Court has considered them as such and found them unavailing.